**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MABLE CRAN**                                                **PLAINTIFF**

**VS.**                                  **CAUSE NO.: 3:09-cv-00513-DPJ-JCS**

**MARTHA L. WATTS,**
**SENTRY SELECT INSURANCE COMPANY, AND**
**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**                                **DEFENDANTS**

**AGREED ORDER OF REMAND**

THIS matter came before this Honorable Court on the joint Motion of the parties, *ore tenus*, to remand this matter to the Circuit Court of Simpson County, Mississippi. This Court, finding that all joined and served parties do not consent to removal to federal court, and further that the parties are in agreement to remand this case to state court, finds that the Motion is well taken is hereby GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby immediately remanded to the Circuit Court of Simpson County, Mississippi, and that pursuant to 28 U.S.C. § 1447(c) a certified copy of the order of remand shall be mailed by the clerk to the Circuit Clerk of Simpson County, Mississippi.

**SO ORDERED AND ADJUDGED** this the 31th day of August, 2009.

                                       s/ *Daniel P. Jordan III*
                                       UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Rocky Wilkins, Esq.
ROCKY WILKINS, ESQ., MSB#99707
ROCKY WILKINS LAW FIRM, PLLC
475 E. CAPITOL STREET (39201)
POST OFFICE BOX 2777
JACKSON, MISSISSIPPI 39207
TELEPHONE: (601) 948-6888
FACSIMILE: (601) 948-6889

**Attorney for Plaintiff**

/s/ Mark D. Morrison, Esq.
MARK D. MORRISON, ESQ.
ADCOCK & MORRISON
POST OFFICE BOX 3308
RIDGELAND, MISSISSIPPI 39158

**Attorney for Defendant Sentry Select Insurance Company**

/s/ Philip W. Gaines, Esq.
PHILIP W. GAINES, ESQ.
CURRIE, GRIFFIN, JOHNSON, GAINES, & MYERS, P.A.
POST OFFICE BOX 750
JACKSON, MISSISSIPPI 39205

**Attorney for Defendant State Farm Mutual Automobile Insurance Company**

/s/ Toby J. Gammill, Esq.
TOBY J. GAMMILL, ESQ.
WILKINS, STEPHENS & TIPTON
POST OFFICE BOX 13429
JACKSON, MISSISSIPPI 39236

**Attorney for Defendant Martha L. Watts**